**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Jennifer Sherven, Esq.**
JSherven@kaufmandolowich.com

**Joseph Farneti, Esq.**
Joseph.farneti@kaufmandolowich.com

March 5, 2026

**VIA ECF**
Hon Judge Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      **RE:** *Maria Telesca v. Seasons at Massapequa Home Owners Assoc., et. al.*
      **Index No. 24-cv-7771(GRB)(AUS)**

Dear Hon. Judge Shields:

    This firm represents Seasons at Massapequa Home Owners Assoc. Inc. and FPS Phase II LLC d/b/a Fairfield Properties (the "Defendants") in the above-referenced action. I am writing on behalf of all parties.

    The Parties respectfully write to seek a sixty (60) day adjournment of the April 3, 2026 deadline to complete all fact discovery, or until June 6, 2026, and a similar extension of all other deadlines. This is the Parties' fourth request for an extension of the completion of discovery. As detailed herein, good cause exists. Plaintiff's counsel was ill at the beginning of January, which temporarily impacted counsel's ability to participate fully in discovery-related matters. In addition, in January and February, Defense counsel was required to travel out of state multiple times due to an illness and subsequent death in the family. Counsel's absence extended longer than originally anticipated, which impacted counsel's ability to participate fully in discovery-related matters.

    These unforeseen circumstances have affected the Parties' ability to complete discovery within the current deadlines. The requested extension is made in good faith and not for purposes of delay, but to allow the Parties sufficient time to complete outstanding discovery and prepare the matter for the next stage of proceedings.

    Additionally, the Parties had intended to proceed with a Settlement Conference, however, due to the circumstances outlined above, a Settlement Conference did not occur. The Parties remain interested in engaging in settlement discussions and respectfully request that Your Honor schedule a Settlement Conference in this matter.

We appreciate the Court's consideration of these requests.

                                                Respectfully submitted,
                                                Kaufman Dolowich, LLP

*[signature: Jennifer E. Sherven]*

                                                Jennifer E. Sherven
                                                Joseph Farneti

cc:      All Counsel of Record (via ECF)

4917-1681-8578, v. 1