**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Jennifer Sherven, Esq.**
JSherven@kaufmandolowich.com

**Joseph Farneti, Esq.**
Joseph.farneti@kaufmandolowich.com

March 13, 2026

<u>VIA ECF</u>
Hon Judge Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    <u>RE: *Maria Telesca v. Seasons at Massapequa Home Owners Assoc., et. al.*
    Index No. 24-cv-7771(GRB)(AYS)</u>

Dear Hon. Judge Shields:

  The Parties write jointly in accordance with the Court's Order dated March 9, 2026, directing the Parties to submit proposed dates for an in-person Settlement Conference.

  After conferring with one another and the Court concerning available dates, the Parties are available for an in-person Settlement Conference on April 20, 2026 and April 27, 2026.

  We appreciate the Court's consideration.

              Respectfully submitted,
              Kaufman Dolowich, LLP

              */s/ Jennifer E Sherven*

              Jennifer E. Sherven
              Joseph Farneti

cc:  All Counsel of Record (via ECF)

4937-9466-2807, v. 1