Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376

April 14, 2026

**BY ECF**

Honorable Anne Y. Shields, U.S.M.J.
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

> **Re.**    *Telesca v. Seasons at Massapequa Home Owners Assoc. Inc., et al.*
> **24cv7771 (GRB) (AUS)**

Dear Magistrate Judge Shields:

I represent the Plaintiff in the above-referenced matter, and with Defendants' consent, I file this joint letter motion seeking a two-day extension of time to email the court our confidential settlement statement, which is due by April 14, 2026.

The Court's March 16, 2026 Order scheduled a settlement conference for April 20, 2026, and directed the parties to provide confidential settlement submissions by April 14, 2026. Since the issuance of that Order, the Parties have been actively engaged in good-faith settlement negotiations. Those discussions have recently resulted in agreement on several terms, and the parties are presently working collaboratively to narrow and resolve the remaining issues.

Given the progress made to date, Parties believe that a short extension will meaningfully facilitate further negotiations, allow the parties to refine their respective settlement positions, and enable the submission of more focused and constructive settlement statements to assist the Court in advance of the April 20, 2026 settlement conference.

This request is made jointly, is unopposed, and will not prejudice any party or impact the currently scheduled settlement conference. We thank the Court for its consideration and remain available should the Court require any additional information.

Respectfully submitted,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

**Law Offices of**
**James E. Bahamonde, P.C.**

April 14, 2026
Page    - 2 -

cc:
Jennifer Sherven
Kaufman Dolowich , LLP
Attorneys for Defendants