**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ENTRY**

BEFORE: ANNE Y. SHIELDS
U.S. MAGISTRATE JUDGE

DATE: 4/20/26
TIME: 10:30 AM
FTR: 10:48-10:52, 12:56-1:00

CASE: **CV 24-7771-GRB-AYS** Telesca v. Seasons at Massapequa Home Owners Assoc. Inc. et al

TYPE OF CONFERENCE: SETTLEMENT

      APPEARANCES:

      Plaintiff: **James E. Bahamonde**

      Defendant: **Jennifer E. Sherven**

**THE FOLLOWING RULINGS WERE MADE:**
Conference held. Case settled.