

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Jennifer E. Sherven, Esq.
JSherven@kaufmandolowich.com

Joseph Farneti, Esq.
Joseph.Farneti@kaufmandolowich.com

June 22, 2026

**Via ECF**
Honorable Anne Y. Shields, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> **Re:** *Telesca v. Seasons at Massapequa Home Owners Assoc. Inc., et al.*
> **Case No. 24-cv-07771 (GRB) (AYS)**

Dear Judge Shields:

In accordance with the Court's prior Orders, the Parties respectfully request a further 30-day extension of the Stay, from June 20, 2026 to July 20, 2026, or such other date thereafter as is convenient for the Court.

As previously advised, the Parties reached an agreement in principle during the Settlement Conference before Your Honor and have been working toward finalizing the written settlement agreement. Defendants provided Plaintiff with a draft settlement agreement more than thirty (30) days ago and are presently awaiting Plaintiff's comments and revisions. To date, Plaintiff has not yet provided comments on the draft agreement. However, Plaintiff's counsel has advised that he intends to meet and confer with his client before the end of this week and thereafter provide a response to the draft settlement agreement no later than June 29, 2026. The Parties remain optimistic that the matter can be resolved without further Court intervention and respectfully request additional time to complete the settlement documentation.

This is the Parties' second request for an extension of the Stay, and it is made on behalf of all Parties.

The Parties thank the Court for its continued courtesies and consideration.

Respectfully submitted
Kaufman Dolowich LLP

Jennifer E. Sherven, Esq.
Joseph Farneti, Esq.

cc: All counsel of Record (via NYSCEF)
4913-5773-8423, v. 1