# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Jennifer E. Sherven, Esq.
JSherven@kaufmandolowich.com
Joseph Farneti, Esq.
Joseph.Farneti@kaufmandolowich.com

July 16, 2026

**VIA ECF**
Honorable Anne Y. Shields, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> **Re:** ***Telesca v. Seasons at Massapequa Home Owners Assoc. Inc., et al.***
> **Case No. 24-cv-07771 (GRB) (AYS)**

Dear Judge Shields:

Pursuant to the Court's Order dated June 23, 2026, the Parties respectfully request a fifteen (15) day extension of the current Stay, and of the deadline to submit a Stipulation of Discontinuance, from July 20, 2026, to August 4, 2026, or such other date as the Court deems appropriate.

The Parties reached an agreement in principle during the Settlement Conference before Your Honor and have continued working toward finalizing the written Settlement Agreement. Since the Court's June 23, 2026 Order, Plaintiff has provided proposed revisions to the draft Settlement Agreement. Defendants are presently reviewing those proposed revisions with their representatives and evaluating the requested changes before providing a response to Plaintiff.

The Parties remain actively engaged in the settlement process and are optimistic that they will be able to finalize the Settlement Agreement without further Court intervention. However, because the Parties have not yet finalized the terms of the Settlement Agreement, they are not in a position to submit a Stipulation of Discontinuance by the current July 20, 2026, deadline. Accordingly, the Parties respectfully request a fifteen (15) day extension of the Stay and the deadline to submit the Stipulation of Discontinuance to allow the Parties to complete the settlement documentation.

This is the Parties' third request for an extension of the Stay, and it is made jointly and on behalf of all Parties. The Parties thank the Court for its continued courtesies and consideration.

Respectfully submitted
Kaufman Dolowich LLP

Jennifer E. Sherven, Esq.
Joseph Farneti, Esq.

cc: All counsel of Record (via NYSCEF)