

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Jennifer E. Sherven, Esq.
JSherven@kaufmandolowich.com

Joseph Farneti, Esq.
Joseph.Farneti@kaufmandolowich.com

August 4, 2026

**Via ECF**
Honorable Anne Y. Shields, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> **Re:**   ***Telesca v. Seasons at Massapequa Home Owners Assoc. Inc., et al.***
> **Case No. 24-cv-07771 (GRB) (AYS)**

Dear Judge Shields:

Pursuant to the Court's Order dated July 16, 2026, the Parties respectfully request a further fifteen (15) day extension of the current Stay and of the deadline to submit a Stipulation of Discontinuance, from August 4, 2026, to August 19, 2026, or such other date as the Court deems appropriate.

The Parties continue to progressively work toward finalizing the written Settlement Agreement following the agreement in principle reached during the Settlement Conference before Your Honor. As reflected in the Parties' previous joint request, Defendants were reviewing Plaintiff's proposed revisions to the Settlement Agreement. Defendants completed that review and provided Plaintiff's counsel with Defendants' comments and proposed revisions for review with Plaintiff. The Parties have resolved the substantial majority of the Settlement Agreement's terms. The remaining issues are limited to a small number of Remedial Measures, including the scope and timing of certain accessible parking improvements, which has required input from non-parties to this litigation. The Parties remain actively engaged in resolving these limited issues and are optimistic that they will be able to finalize and execute the Settlement Agreement without further Court intervention.

Because the Parties have not yet finalized and executed the Settlement Agreement, they are not in a position to submit a Stipulation of Discontinuance by the current August 4, 2026 deadline. Accordingly, the Parties respectfully request a further fifteen (15) day extension of the Stay and of the deadline to submit the Stipulation of Discontinuance to allow the Parties to complete the settlement documentation.

This is the Parties' fourth request for an extension of the Stay, and it is made jointly on behalf of all Parties. The Parties thank the Court for its continued courtesies and consideration.

Respectfully submitted
Kaufman Dolowich LLP

Jennifer E. Sherven, Esq.
Joseph Farneti, Esq.

cc: All counsel of Record (via NYSCEF)
4928-2323-7314, v. 1