KAUFMAN DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Jennifer E. Sherven, Esq.
JSherven@kaufmandolowich.com

Joseph Farneti, Esq.
Joseph.Farneti@kaufmandolowich.com

August 19, 2026

**Via ECF**
Honorable Anne Y. Shields, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:** ***Telesca v. Seasons at Massapequa Home Owners Assoc. Inc., et al.***
**Case No. 24-cv-07771 (GRB) (AYS)**

Dear Judge Shields:

The Parties respectfully request a further fourteen (14) day extension of the current Stay and of the deadline to submit a Stipulation of Discontinuance, from August 19, 2026, to September 2, 2026, or such other date as the Court deems appropriate.

Since the Parties' last joint request, they have continued to make progress toward finalizing the written Settlement Agreement following the agreement in principle reached during the Settlement Conference before Your Honor. The Parties have exchanged additional revisions to the Settlement Agreement and are currently reviewing those revisions. The Parties have also continued to discuss the remaining Remedial Measures, including the specifications for the ottoman as part of the settlement. The Parties' respective summer schedules have presented some logistical challenges in coordinating review of the remaining issues and settlement documents. Nevertheless, the Parties remain actively engaged in the process and are optimistic that they will be able to finalize and execute the Settlement Agreement without further Court intervention.

Because the Parties have not yet finalized and executed the Settlement Agreement, they are not in a position to submit a Stipulation of Discontinuance by the current August 19, 2026 deadline. Accordingly, the Parties respectfully request a further fourteen (14) day extension of the Stay and of the deadline to submit the Stipulation of Discontinuance to allow the Parties sufficient time to complete their review, resolve the limited remaining issues, and execute the settlement documentation.

This is the Parties' fifth request for an extension of the Stay, and it is made jointly on behalf of all Parties. The Parties thank the Court for its continued courtesies and consideration.

Respectfully submitted
Kaufman Dolowich LLP

Jennifer E. Sherven, Esq.
Joseph Farneti, Esq.

cc: All counsel of Record (via NYSCEF)
4928-2323-7314, v. 1