KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Jennifer E. Sherven, Esq.
JSherven@kaufmandolowich.com

Joseph Farneti, Esq.
Joseph.Farneti@kaufmandolowich.com

September 2, 2026

**Via ECF**
Honorable Anne Y. Shields, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:** ***Telesca v. Seasons at Massapequa Home Owners Assoc. Inc., et al.***
**Case No. 24-cv-07771 (GRB) (AYS)**

Dear Judge Shields:

The Parties respectfully request a further fourteen (14) day extension of the current Stay and of the deadline to submit a Stipulation of Discontinuance, from September 2, 2026, to September 16, 2026, or such other date as the Court deems appropriate.

Since the Parties' last joint request, they have continued to work toward finalizing the written Settlement Agreement following the agreement in principle reached during the Settlement Conference before Your Honor. The Parties have exchanged additional revisions to the Settlement Agreement, and Plaintiff's counsel provided further comments on the remaining settlement terms on September 1, 2026 in the evening. The Parties are currently reviewing those comments and continuing to work through the limited remaining issues, including certain remedial measures concerning Plaintiff Maria Telesca.

Because the Parties have not yet finalized and executed the Settlement Agreement, they are not in a position to submit a Stipulation of Discontinuance by today's deadline. Accordingly, the Parties respectfully request a further fourteen (14) day extension of the Stay and of the deadline to submit the Stipulation of Discontinuance to allow the Parties sufficient time to address the remaining comments and finalize and execute the settlement documentation.

This is the Parties' sixth request for an extension of the Stay, and it is made jointly on behalf of all Parties. The Parties thank the Court for its continued courtesies and consideration.

Respectfully submitted
Kaufman Dolowich LLP

Jennifer E. Sherven, Esq.
Joseph Farneti, Esq.

cc: All counsel of Record (via NYSCEF)
4914-5402-1325, v. 1