KAUFMAN DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Jennifer E. Sherven, Esq.
JSherven@kaufmandolowich.com

Joseph Farneti, Esq.
Joseph.Farneti@kaufmandolowich.com

October 7, 2026

**VIA ECF**
Honorable Anne Y. Shields, U.S.M.J
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:** ***Telesca v. Seasons at Massapequa Home Owners Assoc. Inc., at al***
**Case No. 24-cv-07771 (GRB) (AYS)**

Dear Judge Shields:

The Parties respectfully request a further fourteen (14) day extension of the current Stay and of the deadline to submit a Stipulation of Dismissal, from October 7, 2026, to October 21, 2026, or such other date as the Court deems appropriate.

The Parties are pleased to report that, since their last joint request, they have resolved the remaining issue concerning the written Settlement Agreement and there are no substantive issues remaining between the Parties concerning the settlement. The Parties are presently working to complete the execution of the settlement documentation.

Although the Parties have resolved all outstanding substantive issues, they require additional time to complete the execution of the Settlement Agreement and related settlement documentation before submitting the Stipulation of Dismissal. Accordingly, the Parties respectfully request a further fourteen (14) day extension of the Stay and of the deadline to submit the Stipulation of Dismissal to allow sufficient time to complete execution of the settlement documents and file the Stipulation of Dismissal.

This is the Parties' ninth request for an extension of the Stay, and it is made jointly on behalf of all Parties. The Parties thank the Court for its continued courtesies and consideration.

Sincerely yours,
Kaufman Dolowich LLP

Jennifer E. Sherven
Joseph Farneti

4932-1197-5383, v. 1